✎JS 45  (5/97) - (Revised USAO 9/20/11) 1 of 2

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** Lawrence, MA     **Category No.** II     **Investigating Agency** HSI

**City** Lawrence

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. _____  Case No. _____

Same Defendant _____  New Defendant _____

Magistrate Judge Case Number 26-MJ-6469-MPK

Search Warrant Case Number 26-mj-6399-MPK

R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)?  If yes, case number _____     ☐ Yes  ☑ No

Defendant Name  Lucy Depena                     Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name: _____

Address:  67 Elmwood Rd Apt 2, Methuen, MA 01844

Birth date (Yr only): 1976     SSN (last 4#): 1947     Sex: M     Race _____     Nationality: U.S.

**Defense Counsel if known:** _____     Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA:  David G. Tobin                     Bar Number if applicable: _____

**Interpreter:**  ☐ Yes  ☑ No     List language and/or dialect: _____

**Victims:**  ☑ Yes  ☐ No     If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:**  ☑ Yes  ☐ No

☑ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .

☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial

☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☑ Complaint  ☐ Information  ☐ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony Two

Continue on Page 2 for Entry of U.S.C. Citations

☐  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 4/28/2026                     Signature of AUSA: */s/ David G. Tobin*

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Lucy Depena

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1028 | Fraud and related activity in connection with identification document | One |
| Set 2 | 42 U.S.C. § 408(a)(7)(C) | Possession of a counterfeit Social Security card with intent to sell it | Two |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013